# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: TSC Services Group, LLC | § Case No. 12-10483 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Alfred T. Giuliano, Trustee (DE), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $25,212,308.34
*(without deducting any secured claims)*

Assets Exempt:  N/A

Total Distribution to Claimants: $0.00

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $537,812.66

---

3)  Total gross receipts of $      537,812.66    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of  $537,812.66 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,033,291.31 | $3,400,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 529,457.53 | 483,813.95 | 483,813.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 9,306.55 | 54,556.55 | 53,998.71 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 75,000.00 | 75,000.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,160,466.63 | 3,118,351.81 | 3,118,351.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $27,193,757.94 | $7,132,115.89 | $3,731,722.31 | $537,812.66 |

4)  This case was originally filed under Chapter 11 on February 12, 2012 and it was converted to Chapter 7 on May 08, 2012.The case was pending for 89 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/15/2019            By:  /s/Alfred T. Giuliano, Trustee (DE)
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Miscellaneous Refunds | 1229-000 | 312.66 |
| Preference(s) | 1241-000 | 537,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$537,812.66** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | PNC Bank, National Association | 4210-000 | 7,074,423.57 | 3,400,000.00 | 0.00 | 0.00 |
| NOTFILED | ALLEGRO CORPORATION | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MONOMOY CAPITAL HOLDINGS III, INC. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MONOMOY CAPITAL PARTNERS LP | 4110-000 | 15,958,867.74 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$23,033,291.31** | **$3,400,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Cozen O'Connor | 3210-000 | N/A | 175,185.26 | 154,501.09 | 154,501.09 |
| Other - Cozen O'Connor | 3220-000 | N/A | 3,711.41 | 2,901.31 | 2,901.31 |
| Trustee Compensation - Alfred T. Giuliano, Trustee | 2100-000 | N/A | 30,140.63 | 26,187.31 | 26,187.31 |
| Trustee Expenses - Alfred T. Giuliano, Trustee | 2200-000 | N/A | 106.83 | 106.83 | 106.83 |
| Accountant for Trustee Fees (Trustee Firm) - Giuliano, Miller & Co., LLC | 3310-000 | N/A | 153,558.72 | 133,362.73 | 133,362.73 |
| Accountant for Trustee Expenses (Trustee Firm) - Giuliano, Miller & Co., LLC | 3320-000 | N/A | 2,108.35 | 2,108.35 | 2,108.35 |
| U.S. Trustee Quarterly Fees - Office of The United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 652.39 | 652.39 | 652.39 |
| Other - Pachulski Stang Ziehl & Jones LLP | 3210-000 | N/A | 134,375.00 | 134,375.00 | 134,375.00 |
| Other - Pachulski Stang Ziehl & Jones LLP | 3220-000 | N/A | 8,758.68 | 8,758.68 | 8,758.68 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 7.00 | 7.00 | 7.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.10 | 15.10 | 15.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.18 | 30.18 | 30.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.21 | 31.21 | 31.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.40 | 34.40 | 34.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.20 | 32.20 | 32.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.08 | 31.08 | 31.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.32 | 35.32 | 35.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 281.50 | 281.50 | 281.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 762.53 | 762.53 | 762.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 737.57 | 737.57 | 737.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 641.44 | 641.44 | 641.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 806.73 | 806.73 | 806.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 710.63 | 710.63 | 710.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 641.65 | 641.65 | 641.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 540.94 | 540.94 | 540.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 548.70 | 548.70 | 548.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 544.75 | 544.75 | 544.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 600.44 | 600.44 | 600.44 |

| Other – Rabobank, N.A. | 2600-000 | N/A | 580.79 | 580.79 | 580.79 |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 542.51 | 542.51 | 542.51 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 597.85 | 597.85 | 597.85 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 559.57 | 559.57 | 559.57 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 540.14 | 540.14 | 540.14 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 613.84 | 613.84 | 613.84 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 536.97 | 536.97 | 536.97 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 536.09 | 536.09 | 536.09 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 609.27 | 609.27 | 609.27 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 534.50 | 534.50 | 534.50 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 533.76 | 533.76 | 533.76 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 606.62 | 606.62 | 606.62 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 532.18 | 532.18 | 532.18 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 604.74 | 604.74 | 604.74 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 548.90 | 548.90 | 548.90 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 529.84 | 529.84 | 529.84 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 583.89 | 583.89 | 583.89 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 465.17 | 465.17 | 465.17 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 322.75 | 322.75 | 322.75 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 121.89 | 121.89 | 121.89 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 128.21 | 128.21 | 128.21 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 115.63 | 115.63 | 115.63 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 136.10 | 136.10 | 136.10 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 123.53 | 123.53 | 123.53 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 119.24 | 119.24 | 119.24 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 135.51 | 135.51 | 135.51 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 118.89 | 118.89 | 118.89 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 131.00 | 131.00 | 131.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 122.63 | 122.63 | 122.63 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 118.37 | 118.37 | 118.37 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 134.51 | 134.51 | 134.51 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 113.95 | 113.95 | 113.95 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 121.87 | 121.87 | 121.87 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 117.64 | 117.64 | 117.64 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 133.69 | 133.69 | 133.69 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 117.29 | 117.29 | 117.29 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 129.25 | 129.25 | 129.25 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 125.01 | 125.01 | 125.01 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 64.43 | 64.43 | 64.43 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 75.87 | 75.87 | 75.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$529,457.53** | **$483,813.95** | **$483,813.95** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GCG, Inc. | 6700-000 | N/A | 9,244.81 | 9,244.81 | 9,150.28 |
| GCG, Inc. | 6710-000 | N/A | 61.74 | 61.74 | 61.11 |
| Blue Cross and Blue Shield of Illinois | 6990-000 | N/A | 0.00 | 45,250.00 | 44,787.32 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$9,306.55** | **$54,556.55** | **$53,998.71** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Darren Boyd Schulte | 5300-000 | N/A | 75,000.00 | 75,000.00 | 0.00 |
| NOTFILED | ADAMS, RICHARD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADAMSON, JEFF ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ALTHISER, ALAN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ANSELMI, DANIEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ASPENWALL, DAVID ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AUSTIN, SHAWN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BAKER, BERTHA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BAKER, GREGORY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BAKER, LAURIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BALDWIN, NICOLE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BENDER, MELISSA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BENSON, MICHELE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | BESHEARS, DEBRA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BICKERTON, SANDRA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BOLINGER, LARRY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BOUNDS, DANIEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BOYD, JOSHUA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BREITBACH-SCHLUE, KELLY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BRENNAN, WILLIAM ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BROOKS, MICHAEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BROOKS, SHARON ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BROZOVICH, LARRY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BRUMBERG, ELIZABETH ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BULL, CURTIS ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BULL, MITCH EVAN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BUSKE, THOMAS ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BUTLER, KAREN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CANTU, SUSANA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CARLILE, DAN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CARTER, GREG ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CATOUR, RANDALL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CHAPEL, FRANKLIN TODD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CHRISTIAN, TINA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CRAIGMILES, SHANNON ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CUNNINGHAM, JENNIFER ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DAGA, BRICE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DALTON, MICHAEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DAVIS, BONNIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DAVIS, BRIAN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DAWSON, RICHARD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DE SMET, WILLIAM ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DEBO, DANIEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DEDONDER, RONALD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CITY OF ROCK ISLAND | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CITY OF CHARLOTTE CHARLOTTE-MECKLENBURG | 5800-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | DEWINTER, DARCI ANN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DOERR, ROBERT ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DOOLEY, REBECCA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DOPLER, DENNIS ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DOWNING, LARRY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DOYLE, TIFFANY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DREDGE, MARY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EHRMANN, WARREN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EMERSON, ERIC ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EWING, JOHN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FALVO, SPENCER ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FARRELL, RENEE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FARRELL, TINA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FREEMAN, MARILYN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GALELLA, ORINTHA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GARCIA, ALBERTO ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GOLDSTEIN, THERESE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GRAVES, STACI ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GRONHOLZ, ROLLAND ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HAGBERG, 'TVVYLA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HAUDER, SCOT ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HEATER, ROCKY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HENLEY, DEBRA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HESS, MARY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HESS, WARREN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HICKERSON, LORI ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HILL, GARY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HILTON, CHARLOTTE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HOFFEDITZ, DAVID ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HOLT, WILLIAM ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HUGHES, WILLIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JACKSON, FONDA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JACKSON, JOHN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | JANSSEN, MIKE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JECKS, ROBERT ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JOHNSON, CARLA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JOHNSON, LOUANNE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JOHNSON, ZACHARY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JOSEPH, DAWN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | KILGORE, ROBERT ALLEN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | KOWALIK, JONATHAN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | KRUGER, JENNIFER ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LANDSTEINER, KEITH ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LAUFENBERG, LONNY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LAWSON, ANN MARIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LAWYER, BETH ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LINSE, PATRICIA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LLACA, ANDREW ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LOWDER, SANDRA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MALDONADO, ANTONIO ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MALMSTROM, KERI ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MALMSTROM, VICKIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MANGLER, CARRIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MARTEL, LYNNE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MARTIN, WALTER ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MARTINEZ, VALERIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MARXEN, LENA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MAZOLA, SHEREE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MCCLAFLIN, ANNE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MCNEESE, JOHN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MCRIGHT, BENJAMIN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MECKLENBURG COUNTY BUSINESS TAX COLLECTIONS UNIT | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MILES, STACY LYNN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MILLER, CLAUDE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MITCHELL, KRISTIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MOORE, MICHELLE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MORRIS, DOUG ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MOSER, MEGYN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NAAS, DAWN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NGUYEN, QUAN VAN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NORTH CAROLINA DEPARTMENT OF REVENUE | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NUSS, DOUG ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | O'BRIEN, BETH ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | O'MEARA, RONALD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PAALMAN, ERIK ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PAINTER, VICKI ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PASSINI, PETE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PAXTON, TRACI ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PENDLETON, ANTHONY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PUEBLA, KEVIN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RAMSEY, CHERYL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | REEL, RICK ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | REWERTS, LYNN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RIDDLE, JAMES ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ROBINSON, TRACY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ROCK ISLAND COUNTY | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RODTS, JULIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ROGERS, BRITT ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ROWLAND, STEPHEN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RYCKEGHEM, CANDI ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SALLADAY, RICK ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SCHMIDT, JEFFREY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DARREN SCHULTE | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SCHUMACHER, DANIEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SHELLEY, DONALD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SHUGART, JASON ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SHULL, SHEILA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SIMMONS, PRISCILLA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SMITH, GILBERT ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SMOCK, RONDA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SMOCK, SHIRLEN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SHICK, MARC ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SPICER, HIEDI ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SPITZMILLER, JACKIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SPROSTON, MARIA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STANLEY, KALA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STATE OF DELAWARE DIVISION OF CORPORATIONS | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STAUB, FRANCES ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STEARNS, CHRISTY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STOLLEY, GREG ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STOUT, JULIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STOUT, RONNY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SULLIVAN, SANDRA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SUTHERLAND, DONALD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TATICZEK, MICHAEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | THOMPSON, PHILIP ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | THOMPSON, SCOTT ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TINGLEY, BARBARA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TINNELL, RICK ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TOURANGEAU, SCOTT ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VAN ACKER, SARAH ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VAN CLEVE, DARRELL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VAN DE VOORDE, MICHAEL ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VOELKERS, BONNIE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VOLES, DUANE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WARDRIP, KEVIN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WATSON, TRENA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WEST, PATRICIA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WHITE, GREGORY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WILKINS, DOROTHY ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WILLIAMSON, ARNOLD ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WILLOUGHBY, MICHELLE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WILSON, ANNETTE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WILSON, LIZABETH ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WOMACK, DENIESE ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | WOODLEY, AUGUSTA ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WRIGHT, JAMES ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BATEMAN, DARREN ADDRESS REDACTED | 5300-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ingram Entertainment, Inc. | 7100-000 | 217,382.09 | 384,412.81 | 384,412.81 | 0.00 |
| 2 | TA Operating, LLC | 7100-000 | N/A | 148,127.07 | 148,127.07 | 0.00 |
| 3 | TNT Sales Golden, Inc. | 7100-000 | 2,457,454.09 | 2,545,811.93 | 2,545,811.93 | 0.00 |
| 6 | TNT Sales Golden Inc. | 7100-000 | N/A | 40,000.00 | 40,000.00 | 0.00 |
| NOTFILED | ALLEGRO | 7100-000 | 864,052.96 | N/A | N/A | 0.00 |
| NOTFILED | IWS | 7100-000 | 299,389.89 | N/A | N/A | 0.00 |
| NOTFILED | IWSSOUV | 7100-000 | 222,983.85 | N/A | N/A | 0.00 |
| NOTFILED | LIPCO | 7100-000 | 70,309.75 | N/A | N/A | 0.00 |
| NOTFILED | TRUCKER TREATS | 7100-000 | 21,794.00 | N/A | N/A | 0.00 |
| NOTFILED | VICTORY 500 | 7100-000 | 7,100.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,160,466.63 | $3,118,351.81 | $3,118,351.81 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10483

**Case Name:** TSC Services Group, LLC

**Period Ending:** 10/15/19

**Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)

**Filed (f) or Converted (c):** 05/08/12 (c)

**§341(a) Meeting Date:** 07/19/12

**Claims Bar Date:** 10/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable - Trade<br>  Administered in the Chapter 11. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Intercompany Receivable - Barjan, LLC<br>  The trustee has been trying to workout a deal with<br>the mangement of Barjan LLC to have the assets<br>turned over to  the estate. Due to the precarious<br>financial condition of Barjan, it has been difficult to<br>finalize the amounts.<br>A settlement has been reached and stipulation and<br>9019 motion have been filed. The recovery belongs to<br>the parent TSC Global, LLC  not this debtor. | 8,696,252.00 | 100,000.00 | | 0.00 | FA |
| 3 | Intercompany Receivable - TSC Partners<br>  Trustee has been advised by Realization Services,<br>the CRO, that this company has no assets. | 267,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Intercompany Receivable - TSC Group, LLC<br>  This company is also in Chapter 7 and has no assets<br>. | 15,338,019.34 | 0.00 | | 0.00 | FA |
| 5 | Office Equipment, Furnishings and Supplies<br>  See asset #11 in case 12-10819.<br>Note from Asset 11 in case #12-10819 - The assets<br>were in North Carolina. The inventory consisted of<br>mostly old VCR/DVD's, hats and other dollar store<br>items. The furniture was sparse and not of high quality.<br>The trustee reached out to a liquidator who advised<br>the trustee that he did not want it but perhaps could<br>get someone in the area to purchase it for $1,000.<br>Based on that value and the cost to file the motion to<br>sell it, the trustee decided that the practical course of<br>action was to abandon the asset. | 911,037.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous Refunds  (u)<br>  HH Ventures, LLC [Oil Company] $2.00<br>HH Ventures, LLC [Oil Company] $1.50<br>HH Ventures, LLC [Oil Company] $1.50<br>HH Ventures, LLC [Oil Company] $1.00<br>HH Ventures, LLC [Oil Company] $1.00<br>American Express Received $305.66 | 500.00 | 500.00 | | 312.66 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 12-10483
**Case Name:** TSC Services Group, LLC

**Period Ending:** 10/15/19

**Trustee:**  (500670)  Alfred T. Giuliano, Trustee (DE)
**Filed (f) or Converted (c):** 05/08/12 (c)
**§341(a) Meeting Date:** 07/19/12
**Claims Bar Date:** 10/17/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 7 | Preference(s)  (u) International  Wholesale Supply, Inc. [Demand] Received $22,500.00 Pilot Travel Centers LLC Adversary No.: 14-50043 Received $475,000.00 TNT Sales Golden, inc. d/b/a TNT Sales Company, Inc. Adversary No.: 14-50045 Received $40,000.00 | 516,043.65 | 516,043.65 | | 537,500.00 | FA |
| 7 | **Assets     Totals** (Excluding unknown values) | **$25,728,851.99** | **$617,543.65** | | **$537,812.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     August 31, 2016         **Current Projected Date Of Final Report (TFR):**     March 27, 2019  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-10483 | **Trustee:** Alfred T. Giuliano, Trustee (DE) (500670) |
| **Case Name:** TSC Services Group, LLC | **Bank Name:** Capital One Bank |
| | **Account:** ******9173 - Checking |
| **Taxpayer ID #:** **-***1022 | **Blanket Bond:** $161,797,706.00  (per case limit) |
| **Period Ending:** 10/15/19 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/12 | {6} | HH Ventures, LLC | Turnover of Refund/Credit | 1229-000 | 2.00 | | 2.00 |
| 07/23/12 | {6} | HH Ventures, LLC | Turnover of Refund/Credit | 1229-000 | 1.50 | | 3.50 |
| 09/06/12 | {6} | HH Ventures, LLC | Turnover of Refund/Credit | 1229-000 | 1.50 | | 5.00 |
| 12/12/12 | {6} | HH Ventures, LLC | Turnover of Refund/Credit | 1229-000 | 1.00 | | 6.00 |
| 12/12/12 | {6} | HH Ventures, LLC | Turnover of Refund/Credit | 1229-000 | 1.00 | | 7.00 |
| 01/31/13 | | Capital One Bank | Transfer to Rabobank, N.A. | 9999-000 | | 7.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7.00 | 7.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 7.00 | |
| **Subtotal** | 7.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7.00** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-10483 |
| Case Name: | TSC Services Group, LLC |
| Taxpayer ID #: | **-***1022 |
| Period Ending: | 10/15/19 |

| | |
|---|---|
| Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3266 - Checking Account |
| Blanket Bond: | $161,797,706.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | | Rabobank, N.A. | Transfer from Capital One Bank | 9999-000 | 7.00 | | 7.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 7.00 | 7.00 | $0.00 |
| | | | Less: Bank Transfers | | 7.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 7.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7.00 | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-10483 | |
| **Case Name:** | TSC Services Group, LLC | |
| | | |
| **Taxpayer ID #:** | **-***1022 | |
| **Period Ending:** | 10/15/19 | |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3267 - Checking Account |
| **Blanket Bond:** | $161,797,706.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/14 | {7} | International Wholesale Supply, Inc. | Settlement of Preference [Demand] [Docket No.: 248] | 1241-000 | 22,500.00 | | 22,500.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 22,484.90 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.18 | 22,454.72 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.21 | 22,423.51 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.40 | 22,389.11 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.20 | 22,356.91 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.08 | 22,325.83 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.32 | 22,290.51 |
| 08/18/14 | {7} | Pilot Travel Centers LLC | Settlement of Adversary No.: 14-50043 [Docket No.: 256] | 1241-000 | 475,000.00 | | 497,290.51 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.50 | 497,009.01 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 762.53 | 496,246.48 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 737.57 | 495,508.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 641.44 | 494,867.47 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 806.73 | 494,060.74 |
| 01/26/15 | 20101 | International Sureties, Ltd | Chapter 7 Blanket Bond No.: 016026389 for Period of 01/01/15 - 01/01/16 | 2300-000 | | 480.94 | 493,579.80 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 710.63 | 492,869.17 |
| 02/18/15 | 20102 | Pachulski Stang Ziehl & Jones LLP | First Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses for Period of 09/23/13 - 12/31/14 [Docket No.: 279] | | | 139,732.48 | 353,136.69 |
| | | | First Interim (Contingent Fee Matters) Application for Compensation for Period of 09/23/13 - 12/31/14 | 130,570.00 | 3210-000 | | 353,136.69 |
| | | | First Interim (Contingent Fee Matters) Reimbursement of Expenses for Period of 09/23/13 - 12/31/14 | 9,162.48 | 3220-000 | | 353,136.69 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 641.65 | 352,495.04 |
| 03/17/15 | | International Sureties, Ltd | Refund re: Premium Adjustment | 2300-000 | | -197.03 | 352,692.07 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 540.94 | 352,151.13 |
| 04/09/15 | {7} | TNT Sales Golden Inc. d/b/a Sales Company, Inc. | Settlement of Adversary No.: 14-50045 [Docket No.: 287] | 1241-000 | 40,000.00 | | 392,151.13 |

| | | |
|---|---|---|
| Subtotals : | $537,500.00 | $145,348.87 |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-10483 |
| **Case Name:** | TSC Services Group, LLC |
| **Taxpayer ID #:** | **-***1022 |
| **Period Ending:** | 10/15/19 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3267 - Checking Account |
| **Blanket Bond:** | $161,797,706.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 548.70 | 391,602.43 |
| 05/05/15 | {6} | American Express | Refund  Adustment re: ACH | 1229-000 | 305.66 | | 391,908.09 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 544.75 | 391,363.34 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 600.44 | 390,762.90 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 580.79 | 390,182.11 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 542.51 | 389,639.60 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.85 | 389,041.75 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 559.57 | 388,482.18 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 540.14 | 387,942.04 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 613.84 | 387,328.20 |
| 01/05/16 | 20103 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #12-10483, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 Voided on 01/05/16 | 2300-004 | | 168.53 | 387,159.67 |
| 01/05/16 | 20103 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #12-10483, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 Voided: check issued on 01/05/16 | 2300-004 | | -168.53 | 387,328.20 |
| 01/05/16 | 20104 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #12-10483, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 | 2300-000 | | 168.53 | 387,159.67 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.97 | 386,622.70 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 536.09 | 386,086.61 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 609.27 | 385,477.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 534.50 | 384,942.84 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 533.76 | 384,409.08 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 606.62 | 383,802.46 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 532.18 | 383,270.28 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 604.74 | 382,665.54 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 548.90 | 382,116.64 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 529.84 | 381,586.80 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 583.89 | 381,002.91 |
| 12/16/16 | 20105 | Cozen O'Connor | First Fee Application for Period of May 9, 2012 - November 7, 2014 [Docket No.: 272] | | | 122,014.33 | 258,988.58 |
| | | | First Fee Application for          120,299.59 | 3210-000 | | | 258,988.58 |

| | | |
|---|---|---|
| Subtotals : | $305.66 | $133,468.21 |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-10483 | **Trustee:** Alfred T. Giuliano, Trustee (DE) (500670) |
| **Case Name:** TSC Services Group, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3267 - Checking Account |
| **Taxpayer ID #:** **-***1022 | **Blanket Bond:** $161,797,706.00  (per case limit) |
| **Period Ending:** 10/15/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Compensational of Professional Fees for Period of May 9, 2012 - November 7, 2014 | | | | |
| | | | First Fee Application for Reimbursement of Expenses for Period of May 9, 2012 - November 7, 2014     1,714.74 | 3220-000 | | | 258,988.58 |
| 12/16/16 | 20106 | Cozen O'Connor | Second Fee Application for Period of Nov 8, 2014 - Nov 11, 2016 [Docket No. 318] | | | 48,115.81 | 210,872.77 |
| | | | Second Fee Application for Compensation of Professional Fees for Period of Nov 8, 2014 - Nov 11, 2016     46,929.24 | 3210-000 | | | 210,872.77 |
| | | | Second Fee Application for Reimbursement of Expenses for Period of Nov 8, 2014 - Nov 11, 2016     1,186.57 | 3220-000 | | | 210,872.77 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 465.17 | 210,407.60 |
| 01/16/17 | 20107 | International Sureties, Ltd | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/17 - 01/01/18 | 2300-000 | | 104.79 | 210,302.81 |
| 01/23/17 | 20108 | Giuliano, Miller & Co., LLC | First Fee Application for Compensation of Professional Fees & Reimbursement of Expenses for Period of May 9, 2012 - September 30, 2016 [Docket No.: 319] | | | 123,591.71 | 86,711.10 |
| | | | First Fee Application for Compensation of Professional Fees for Period of May 9, 2012 - September 30, 2016     121,483.36 | 3310-000 | | | 86,711.10 |
| | | | First Fee Application for Reimbursement of Expenses for Period of May 9, 2012 - September 30, 2016     2,108.35 | 3320-000 | | | 86,711.10 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.75 | 86,388.35 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.89 | 86,266.46 |

| | | Subtotals : | $0.00 | $172,722.12 |
|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|
| **Case Number:** | 12-10483 | **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Case Name:** | TSC Services Group, LLC | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******3267 - Checking Account |
| **Taxpayer ID #:** | **-***1022 | **Blanket Bond:** | $161,797,706.00  (per case limit) |
| **Period Ending:** | 10/15/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.21 | 86,138.25 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.63 | 86,022.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.10 | 85,886.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.53 | 85,762.99 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.24 | 85,643.75 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.51 | 85,508.24 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.89 | 85,389.35 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.00 | 85,258.35 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.63 | 85,135.72 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.37 | 85,017.35 |
| 01/24/18 | 20109 | International Sureties, Ltd | Blanket Bond Premium for Bond No.:<br>016026389 for Period of 01/01/18 - 01/01/19 | 2300-000 | | 33.67 | 84,983.68 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.51 | 84,849.17 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.95 | 84,735.22 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.87 | 84,613.35 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.64 | 84,495.71 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.69 | 84,362.02 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.29 | 84,244.73 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.25 | 84,115.48 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.01 | 83,990.47 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.43 | 83,926.04 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.87 | 83,850.17 |
| 02/20/19 | | Mackinaw, Inc. - Case No.:<br>12-10487 | Transfer to Reimburse Expense Pro-Rata<br>Portion Due re: PSZJ Expense Payment | 3220-000 | | -203.69 | 84,053.86 |
| 02/20/19 | | TSC Group, LLC - Case No.:<br>12-10819 | Transfer to Reimburse Expense Pro-Rata<br>Portion Due re: PSZJ Expense Payment | 3220-000 | | -200.11 | 84,253.97 |
| 03/06/19 | 20110 | International Sureties, Ltd | Blanket Bond Premium for Bond No.:<br>016026389 for Period of 01/01/19 - 01/01/20 | 2300-000 | | 61.49 | 84,192.48 |
| 03/15/19 | | TSC Global, LLC et al., Case No.:<br>12-10505 | Funds Transferred from 12-10505 to12-10483<br>re: Cozen O'Connor per Professional<br>Fee/Expense Allocation | 3210-000 | | -12,727.74 | 96,920.22 |
| 08/29/19 | 20111 | Alfred T. Giuliano, Trustee | Trustee Compensation [Docket No.: 23] | 2100-000 | | 26,187.31 | 70,732.91 |
| 08/29/19 | 20112 | Alfred T. Giuliano, Trustee | Trustee Expenses [Docket No.: 23] | 2200-000 | | 106.83 | 70,626.08 |
| 08/29/19 | 20113 | Giuliano, Miller & Co., LLC | Accountant for Trustee Fees [Docket No.: 353] | 3310-000 | | 11,879.37 | 58,746.71 |
| 08/29/19 | 20114 | Office of The United States Trustee | Final Distribution [Docket No.: 24] | 2950-000 | | 650.00 | 58,096.71 |
| 08/29/19 | 20116 | United States Bankruptcy Court | Final Distribution [Docket No.: 24] | 2700-000 | | 293.00 | 57,803.71 |
| 08/29/19 | 20117 | GCG, Inc. | Final Distribution [Docket No.: 24] | 6700-000 | | 9,150.28 | 48,653.43 |

Subtotals :          $0.00          $37,613.03

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-10483 |
| Case Name: | TSC Services Group, LLC |
| Taxpayer ID #: | **-***1022 |
| Period Ending: | 10/15/19 |

| | |
|---|---|
| Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3267 - Checking Account |
| Blanket Bond: | $161,797,706.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/19 | 20118 | GCG, Inc. | Final Distribution [Docket No.: 24] | 6710-000 | | 61.11 | 48,592.32 |
| 08/29/19 | 20119 | Blue Cross and Blue Shield of Illinois | Final Distribution [Docket No.: 24] | 6990-000 | | 44,787.32 | 3,805.00 |
| 09/03/19 | 20115 | Pachulski Stang Ziehl & Jones LLP | Attorney for Trustee Fees [Docket No.: 358] | 3210-000 | | 3,805.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 537,805.66 | 537,805.66 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 537,805.66 | 537,805.66 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$537,805.66** | **$537,805.66** | |

| | |
|---|---|
| Net Receipts : | 537,812.66 |
| Net Estate : | $537,812.66 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9173** | 7.00 | 0.00 | 0.00 |
| **Checking # ******3266** | 0.00 | 7.00 | 0.00 |
| **Checking # ******3267** | 537,805.66 | 537,805.66 | 0.00 |
| | **$537,812.66** | **$537,812.66** | **$0.00** |

{} Asset reference(s)

Printed: 10/15/2019 02:29 PM    V.14.57